UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DONALD WILSON,**

    **Plaintiff,**

**v.**                                                                             Case No. 3:12cv563/LC/CJK

**TERRY COKONOUGHER, et al.,**

    **Defendants.**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 25, 2014 (doc. 27).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.   The plaintiff's claims are DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii), for plaintiff's failure to state a claim upon which relief may be granted.

3.  The clerk is directed to close the file.

**DONE AND ORDERED** this 28th day of July, 2014.

                                       s/*L.A. Collier*
                                       **LACEY A. COLLIER**
                                       **SENIOR UNITED STATES DISTRICT JUDGE**